NEW YORK STATE NATIONAL BANK, ALBANY, Respondent, v. HIDES-FRANKLIN MINERAL SPRINGS, INC., and Others, Impleaded with MICHAEL C. FITZGERALD,

Appellant.— Motion denied, with ten dollars costs. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.